UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RANDALL PARSONS,

        Petitioner

v.

Warden CATRICIA HOWARD,

        Respondent

Civil No. 3:18-cv-1406

(Judge Mariani)

## ORDER

**AND NOW**, this _6th_ day of February, 2019, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus (Doc. 1) is **DENIED.**

2. Petitioner's motion to amend to request relief under the First Step Act of 2018 (Doc. 16) is **DENIED.**

3. Petitioners' motions to expedite (Docs. 11, 13, 15) are **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

                                                    Robert D. Mariani
                                                    United States District Judge